UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re: )
)  B/K Case No. 08-02316-DD
SKYWAVES I CORPORATION )
)
)  **TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS**
Debtors. )
)

Enclosed from the office of KEVIN CAMPBELL for the above-named case, is Check Number 2209 of $ 4,424.99, representing monies designated as dividends to unsecured creditors as follows:

| CREDITOR | CLAIM NO. | *REASON FOR RETURN ||| AMOUNT |
|---|---|---|---|---|---|
| | | Failure To Clear | Returned Mail | Pursuant To BR 3010 | |
| DICK BROWN, INC.<br>120 MEYERS DRIVE<br>ALPHARETTA, GA 30004 | 52 | | X | | $ 320.92 |
| TOYOTA MOTOR CREDIT CORP.<br>19001 S. WESTERN AVENUE WF-21<br>TORRANCE, CA 90501 | 77 | | X | | $ 140.98 |
| BUDGET LOCKSMITH<br>1916 REYNOLDS AVE.<br>N. CHARLESTON, SC 29405 | 44 | | X | | $ 48.11 |
| SUPERIOR TRANSPORTATION<br>C/O GE CAPITAL CORP<br>PO BOX 277724<br>ATLANTA, GA 30384-7724 | 82 | | X | | $ 223.48 |
| UNIMIN CORPORATION<br>SOUTHERN LIME<br>258 ELM STREET<br>NEW CANAAN, CT 06840 | 30 | | X | | $185.38 |
| EATON ELECTRICAL INC<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114-2584 | 60 | | X | | $55.64 |
| COMMAND ACCESS TECHNOLOG<br>2384 WALNUT AVENUE<br>FULLERTON, CA 92831-4937 | 45 | | X | | $40.45 |
| CAROLINA WASTE SERVICES<br>5264-B INTERNATIONAL BLVD.<br>SUITE 200<br>NORTH CHARLESTON, SC 29418 | 41 | | X | | $ 76.65 |

| Name/Address | # | Col A | Col B | Col C | Amount |
|---|---|---|---|---|---|
| BEST ACCESS SYSTEMS<br>DEPT CH 14210<br>PALATINE, IL 60055-4210 | 35 | | X | | $ 22.83 |
| PRAXAIR DISTRIBUTION, INC.<br>P.O. BOX 5126<br>TIMONIUM, MD 21094-5126 | 89 | | X | | $ 80.59 |
| JANPAK CHARLESTON<br>1026 LEGRAND BOULEVARD<br>WANDO, SC 29492-7672 | 32 | | X | | $ 7.76 |
| JEFF WARD<br>1498 OAKHURST DRIVE<br>MT. PLEASANT, SC 29466 | 68 | | X | | $ 154.27 |
| LAURENTIDE, INC.<br>9307 LEGACY OAKS PLACE<br>ASHEVILLE, NC 28803 | 15 | X | | | $ 356.32 |
| FRANK E LUCAS<br>205 ½ KING STREET<br>CHARLESTON, SC 29401 | 18 | X | | | $ 1,605.69 |
| METRO TOOL & SUPPLY, INC.<br>2695 INDUSTRIAL AVENUE<br>N. CHARLESTON, SC 29405-7478 | 24 | X | | | $ 37.79 |
| JD CREEL<br>P.O. BOX 151<br>WALTERBORO, SC 29488-0151 | 26 | X | | | $ 74.23 |
| GLENN BUNDRICK<br>456 OLD FORT DRIVE<br>LADSON, SC 29456-5277 | 34B | X | | | $ 10.54 |
| ATEX DISTRIBUTING, INC.<br>2317 GRIFFIN LANE<br>LEESBURG, FL 34748-3399 | 42 | X | | | $ 833.79 |
| JAMES T. COOK, JR.<br>2900 FEMWOOD DRIVE<br>N. CHARLESTON, SC 29406 | 56B | X | | | $ 6.33 |

| | | | | | |
|---|---|---|---|---|---|
| SOUTHEAST INDUSTRIAL EQUIP.<br>P.O. BOX 39110<br>CHARLOTTE, NC 28278-9110 | 65 | X | | | $ 56.07 |
| PARKER RIGGING CO. INC.<br>5541 WOODBINE AVE.<br>CHARLESTON, SC 29406-6143 | 81 | X | | | $ 87.17 |

Dated: February 8, 2022 /s/ Kevin Campbell

KEVIN CAMPBELL
District Court No. 30
P. O. Box 684
Mount Pleasant, SC 29465-0684
Tel. No. (843) 884-6874
Fax No. (843) 884-0997
E-Mail: kcampbell@campbell-law-firm.com

*If reason for return is other than those listed, please note reason.
================================================================================
(For Bankruptcy Court Use Only)

| **BANKRUPTCY TRUSTEE LEDGER** | | | | |
|---|---|---|---|---|
| TITLE: | | | DOCKET: | |
| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |